**Order entered April 10, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01231-CR

**EMMANUEL LYNN LIMBERG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F18-75450-K**

### ORDER

Before the Court is appellant's March 8, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before May 7, 2020.

/s/    LANA MYERS
       JUSTICE